ORDER
 

 Considering the Petition for Transfer to Disability Inactive Status filed by respondent, Michael H. Colvin,
 

 IT IS ORDERED that Michael H. Col-vin, Louisiana Bar Roll number 4355, be and he hereby is transferred to interim disability inactive status pending a hearing to determine the validity of his claim of inability to assist in his defense due to mental or physical incapacity, pursuant to Supreme Court Rule XIX, § 22(C). All
 
 *348
 
 disciplinary proceedings shall be stayed pending this determination.
 

 /s/ Bernette J. Johnson
 

 Justice, Supreme Court of Louisiana
 

 Pursuant to Supreme Court Rule XIX, § 26(E), this order shall be effective immediately.